UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK G. DORENKAMP, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:04CV1496-SNL |
| LAUREN RAE GILBERT, | ) |
| Defendant. | ) |

### ORDER

The motion for a continuance filed by defendant is before the Court. The case is set for trial June 13, 2005.

In defendant's motion, it is stated that plaintiff failed to appear for the independent medical examination scheduled for May 3, 2005.

The Case Management Order provided that requests for Rule 35 physical examination should be made before March 1, 2005, and accomplished by April 1, 2005. Defendant's own motion for a continuance shows that defendant was not in compliance with that portion of the Case Management Order.

**IT IS THEREFORE ORDERED** that defendant's request for a continuance is **DENIED** and the case remains set for jury trial June 13, 2005.

Dated this __18th__ day of May, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE